IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **vs.** | ) | **CRIMINAL ACTION 05-00127-CG** |
| **GLENN IVORY HARDY,** | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the court on the defendant's motion to continue. (Doc. 20). Defendant requests a continuance because his appointed counsel was forced to withdraw due to a conflict and new counsel has been recently appointed. (Docs. 8, 13). Defendant states that his newly appointed counsel has not had adequate time to meet with defendant and discuss his case. Also, defendant states that because he resides in Birmingham, Alabama, it has been difficult to meet and confer with his new counsel on a short schedule. Defendant also states that counsel for the Government and counsel for his co-defendant Bryant Washington do not object to the continuance. On June 16, 2005, defendant filed a signed waiver of speedy trial rights. (Doc. 26).

Under these circumstances, and for the reasons set forth in defendant's motion, the court finds that the ends of justice served by continuing this action outweigh the best interest of the public and the defendant in a speedy trial. Therefore, for purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the motion to continue is **GRANTED** (Doc. 20) and this action is continued to

the **August 2005** criminal term with jury selection scheduled for **August 1, 2005**. The pretrial conference scheduled for June 9, 2005 is **canceled.**

The Clerk of the Court is directed to refer this file to U.S. Magistrate Judge William E. Cassady to reschedule the pretrial conference.

**DONE** and **ORDERED** this the 17th day of June, 2005.

**s / Kristi  D.  Lee**
**KRISTI  D.  LEE**
**UNITED STATES MAGISTRATE JUDGE**